UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROY AND LISA RAGAN**                                              **PLAINTIFFS**

v.                            CASE NO. 3:05-CV-00216 GTE

**CITY OF WEST MEMPHIS, ARKANSAS;
WILLIAM H. JOHNSON, Individually and in
his official capacity as Mayor of West Memphis,
Arkansas; JARROD COUPLES, Individually
and in his official capacity as Patrolman for the
West Memphis Police Department; SUSAN
POWERS, Individually and in her official
capacity as Patrolman for the West Memphis
Police Department; DANA DYKES, Individually
and in her official capacity as Lieutenant for the
West Memphis Police Department; and BOB
PAUDERT, Individually and in his official capacity as
Chief of Police for the West Memphis Police Department**           **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by the parties that they have entered into a full and final settlement agreement governing all claims and all parties in this matter, the Court hereby dismisses the above-styled action with prejudice.

IT IS SO ORDERED this 26th day of March, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE